**Cascade County District Court**
Case Register Report
DV-7-2019-0000211-OC

User: ANTONOVICH

Terry Knox, et al. vs. Monsanto Company, et al.

CV - 19-36-GF-BMM

STATE OF MONTANA } SS
County of Cascade

I hereby certify that the instrument to which this certificate is affixed is a true correct and compared copy of the original in the office of the Clerk of the District Court

Witness my hand and seal of the District Court of Cascade County, this 16 day of May, 2019
FAYE McWILLIAMS, Clerk of Court
By _____ Deputy Clerk

**FILED**
MAY 17 2019
Clerk, U.S District Court
District Of Montana
Great Falls

Filed: 4/8/2019
Subtype: Civil-Other

**Status History**
Open                                4/8/2019

**Plaintiffs**

Pl. no. 1        Knox, Terry

**Attorneys**
Edwards, A. Clifford              (Primary attorney)    Send Notices

Pl. no. 2        Knox, Carolyn

**Attorneys**
Edwards, A. Clifford              (Primary attorney)    Send Notices

**Defendants**

Def. no. 1       Monsanto Company

Def. no. 2       Yates, Kerry

**Judge History**

| Date | Judge | Reason for Removal |
|---|---|---|
| 4/8/2019 | Parker, John W | Current |

**Register of Actions**

| Doc. Seq. | Entered | Filed | Text | Judge |
|---|---|---|---|---|
| 1.000 | 04/08/2019 | 04/08/2019 | Complaint and Demand for Jury Trial | Parker, John W |
| 2.000 | 04/25/2019 | 04/25/2019 | Motion for Substitution of Judge | Parker, John W |
| 3.000 | 04/25/2019 | 04/25/2019 | Summons: Document Returned Served to Monsanto Company on 4/15/2019; Assigned to Unknown. Service Fee of $0.00. | Parker, John W |
| 4.000 | 04/25/2019 | 04/25/2019 | Summons: Document Returned Served to Kerry Yates on 4/15/2019; Assigned to Unknown. Service Fee of $0.00. | Parker, John W |
| 5.000 | 05/06/2019 | 05/03/2019 | Request (Judge Best accepts jurisdiction) | Parker, John W |
| 6.000 | 05/14/2019 | 05/14/2019 | Order Setting Scheduling Conference | Parker, John W |
| 7.000 | 05/16/2019 | 05/15/2019 | Notice to State Court and Plaintiff of Filing of Notice of Removal to the United States District Court | Parker, John W |